RICHARD STAZIO, Respondent, v. FIENBERG FURNITURE COMPANY, INC., Doing Business as STANDARD FURNITURE COMPANY, Appellant.—

Bergan, P. J., Coon and Reynolds, JJ., concur; Gibson and Taylor, JJ., concur in the result.